UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
BRIAN N. SNYDER,

              Plaintiff,

   v.

STATE OF WASHINGTON, *et al.*,

             Defendants.
_____

Cause No. C10-5286RSL

ORDER GRANTING STATE
DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT

       This matter comes before the Court on "Defendants' Motion for Summary Judgment." Dkt. # 27. Plaintiff has not opposed defendants' request for judgment, and the Court considers such a failure to be "an admission that the motion has merit." Local Civil Rule 7(b)(2). The motion of defendants State of Washington, Department of Natural Resources, Peter Goldmark, Melissa Montgomery, Washington State Attorney General's Office, Joseph Panesko, Terence A. Pruit, Robert M. McKenna, Russell W. Hartman, Robert C. Krabill, and Craddock D. Verser is therefore GRANTED. Plaintiff's claims against the State defendants are hereby DISMISSED with prejudice.

       Dated this 5th day of October, 2010.

                                          /s/ Robert S. Lasnik
                                          Robert S. Lasnik
                                          United States District Judge

ORDER GRANTING STATE DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT