1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

8

_____
                                                                    )
BRIAN N. SNYDER,                                   )

9                                                                   )        Cause No. C10-5286RSL
                                 Plaintiff,          )

10               v.                                           )
                                                                    )        ORDER GRANTING CITY

11       STATE OF WASHINGTON, *et al.*,     )        DEFENDANTS' MOTION FOR
                                                                    )        SUMMARY JUDGMENT

12                               Defendants.      )
_____)

13

14

15          This matter comes before the Court on "Defendants Mayor Kordonowy, Officer

16       Sias, Harbor Master Allen, and the City of Bainbridge Island's Motion for Summary Judgment."

17       Dkt. # 41.  Plaintiff has not opposed defendants' request for judgment, and the Court considers

18       such a failure to be "an admission that the motion has merit."  Local Civil Rule 7(b)(2).

19       Defendants' motion is therefore GRANTED.  Plaintiff's claims against the City defendants are

20       hereby DISMISSED with prejudice.

21

22          Dated this 21st day of October, 2010.

23

24                                                            Robert S. Lasnik
                                                                    United States District Judge

25

26

ORDER GRANTING CITY DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT